UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22617-CIV-UNGARO

CRAIG WILLIAMS,
    Plaintiff,

v.

OFFICER SCOTT, et al,
    Defendants.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's Motion to Strike Scott and Jimenez's Pretrial Statement as Inadequate, filed February 8, 2010 (D.E. 173) and upon Plaintiff's Supplemental Motions to Strike, filed March 12, 2010 (D.E. 180) and April 26, 2010 (D.E. 188), respectively.  This matter was referred to Magistrate Judge Patrick A. White, who, on May 3, 2010, issued a Report recommending that Plaintiff's Motions to Strike be denied because the Defendants' Pretrial Statement adequately complied with the Court's Order Scheduling Pretrial Proceedings.  (D.E. 191.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  The matter is now ripe for review.

THE COURT has considered the Plaintiff's Motions to Strike and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 191) is RATIFIED, ADOPTED and AFFIRMED.  Plaintiff's Motion to Strike (D.E. 173) and Supplemental Motions to Strike (D.E. 180, 188) are DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 28th day of May, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Craig Williams, *pro se*
Counsel of record